IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
AT TAMPA

UNITED STATES,

    Plaintiff,

v.              : Civil No. 8:08-cv-01782-SCB-TBM

TERRY FALCONE, individually and
as Executrix for the Estate of Kenneth
Lombardi, HERNANDO COUNTY, and
ALUMNI PARTNERS II, LLC,

    Defendants.

ORDER GRANTING
UNITED STATES' MOTION FOR PARTIAL DISTRIBUTION OF SALE PROCEEDS
TO PAY LOCAL TAXES ON THE 3452 TOMAHAWK AVENUE PROPERTY,
AND DIRECTING CLERK OF COURT TO ISSUE PAYMENT TO HERNANDO
COUNTY TAX COLLECTOR

On consideration of the United States' motion for an order directing the Clerk of the Court to issue a check to pay the outstanding local real property taxes assessed against the real property located at 3452 Tomahawk Avenue, Spring Hill, Florida 34606 (also known as Lot W-141 Weeki-Wachee Woodlands Unit No. 1) (Parcel Number R15-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-0000-1410) ("the 3452 Tomahawk Avenue Property") that is the subject of and described in the consent judgment of foreclosure and order of sale entered on April 30, 2010 (Docket No. 78), and is further the subject of the Court's June 7, 2011 order confirming the sale of that property (Docket No. 87); and the Court finds that there are outstanding local real property taxes due and owing to defendant Hernando

1

County on the 3452 Tomahawk Avenue Property for tax years **2008, 2009, and 2010** in the amount **$2,769.25** through June 30, 2011. Accordingly, it is

ORDERED:

1. The United States' motion is GRANTED;

2. The Clerk of the Court is directed, and as soon as possible, to issue a check in the amount of **$2,769.25** from the proceeds of the sale of the 3452 Tomahawk Avenue Property that are on deposit and make that check payable to the "Hernando County Tax Collector." Further, the Clerk of the Court is directed to send the check to the following address: Hernando County Tax Collector, Hernando County Government Center, 20 North Main Street, Room 112, Brooksville, FL 34601. The Clerk should send a copy of this order with the check, and that this order will serve as notice that the payment is for local taxes assessed against the 3452 Tomahawk Avenue Property for 2008, 2009, and 2010.

DONE AND ORDERED at Tampa, Florida, this 27th day of June, 2011.

SUSAN C. BUCKLEW
United States District Judge

Copies also to: counsel of record

2